# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANDRE HAMMONDS, AIS#173084, : | |
|    Petitioner, : | |
| : | |
| v. : | CIVIL ACTION 16-00213-KD-M |
| : | |
| WALTER T. MYERS, : | |
|    Respondent. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 25, 2017 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner Hammonds' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred under Section 2244(d). It is further **ORDERED** that Petitioner Hammonds is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **17th** day of **May 2017.**

                         /s/ Kristi K. DuBose
                         **KRISTI K. DuBOSE**
                         **CHIEF UNITED STATES DISTRICT JUDGE**